STATE OF NEW JERSEY v. DOUGLAS FREEMAN.

May 29, 1974. Petition for certification denied.

WILLIAM BYRNE v. CIVIL SERVICE COMMISSION.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. LESLIE PETWAY.

May 29, 1974. Petition for certification denied.

EMMA SZUCS v. ALEXANDER SZUCS.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH W. SERVILIO.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES DALLAS.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS R. JACKSON.

May 29, 1974. Petition for certification denied.